# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| LESLIE MARK STOVALL, D/B/A STOVALL & ASSOCIATES,<br>Appellant,<br>vs.<br>MARIA ORTIZ-CHAVEZ; AND ALMA ORTIZ,<br>Respondents. | No. 68656 |
| LESLIE MARK STOVALL, D/B/A STOVALL & ASSOCIATES,<br>Appellant,<br>vs.<br>MARIA ORTIZ-CHAVEZ; AND ALMA ORTIZ,<br>Respondents. | No. 69168 |

**FILED**

APR 0 5 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S Young
DEPUTY CLERK

## *ORDER DISMISSING APPEALS*

Cause appearing, appellant's motion for a voluntary dismissal of these appeals is granted. These appeals are dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _____

cc: Hon. Linda Marie Bell, District Judge
Janet Trost, Settlement Judge
Stovall & Associates
Injury Lawyers of Nevada
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

**CLERK'S ORDER**

(O)-1947

16-10554